STATE *ex rel.* WOOD V. SMEDLEY.

(Opinion filed May 6, 1896.)

Original information in the nature of *quo warranto* to test defendant's right to the office of state regent of education, and for an injunction to restrain him from exercising the duties of that office.    Denied.

*John Wood,* State's Attorney, *C. S. Palmer* and *Mathews & Murphy,* for plaintiff.

*Cheever & Hall,* for defendant.

CORSON, P. J.    The facts in this case are substantially the same as in the case of State v. Sheldon, 8 S. D. 525, 67 N. W. 613, except that the defendant herein was appointed as his own successor.    For the reasons stated in that opinion, the application for an injunction is denied; all the judges concurring.